## DAVISON v. WILSON & CO. et al.

No. 17466.    Opinion Filed Sept. 27, 1927.

(Syllabus.)

**Master and Servant—Workmen's Compensation Law — Appeal — Conclusiveness of Findings of Fact.**

Under section 7294, C. O. S. 1921, as amended by chapter 61, sec. 7, Session Laws of 1923, page 125, the decision of the Industrial Commission is final as to all questions of fact, and where there is any competent evidence reasonably tending to support the same, the award of the Industrial Commission will not be disturbed on review by this court.

Original action in Supreme Court by H. M. Davison to review award of State Industrial Commission favorable to Wilson & Company.    Affirmed.

F. P. Hutchison, for petitioner.

C. D. Bennett, Edwin Dabney, Atty. Gen., and Fred Hansen. Asst. Atty. Gen., for respondents.

CLARK, J. This is an original action filed in this court by petitioner, H. M. Davison, to review an award of the State Industrial Commission made and entered on the 11th day of May. 1926, wherein petitioner charged that while in the employ of respondent, Wilson & Company, he was injured, claiming that while pushing a truck on the

13th day of February, 1926, his foot slipped and he fell, sustaining an injury to both sides.

The Industrial Commission, after hearing all the evidence, found that the petitioner did not sustain a hernia or other disability as a result of the alleged accident on the 13th day of February, 1926.

Petitioner was represented by F. P. Hutchison before the Industrial Commission who filed the instant case in this court for petitioner.

This case was set for oral argument before this court on March 22, 1926, and no one appeared for petitioner. We have carefully examined the record of the proceedings before the Industrial Commission, and there is conflict in the evidence as to the nature or cause of the injury, if any, sustained by petitioner.

Section 7294, C. O. S. 1921, as amended by chapter 61, Session Laws of 1923, page 125, provides in part:

"The decision of the Commission shall be final as to all questions of fact. * * *"

—and it has been held by this court in numerous cases that where a decision or award of the Commission is supported by competent evidence, the same will not be disturbed by this court on review. See Raulerson v. State Industrial Commission, 76 Okla. 8, 183 Pac. 880.

The judgment and award of the Industrial Commission is therefore affirmed.

BRANSON, C. J., and PHELPS, LESTER, HUNT, RILEY, and HEFNER, JJ., concur.

Note.—See Workmen's Compensation Acts —C. J. pp. 122, 123, §127; anno. L. R. A. 1917D, 189; 39 A. L. R. 1064; 28 R. C. L. p. 828; 3 R. C. L. Supp. p. 1600; 4 R. C. L. Supp. p. 1872; 5 R. C. L. Supp. p. 1581; 6 R. C. L. Supp. p. 1766.